# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-5253-AJB |
|---|---|
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| ROBERTO CEBREROS ROJAS, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment is dismissed against Roberto Cebreros Rojas without prejudice.

IT IS SO ORDERED.

Dated: April 21, 2020

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge